# United States Court of Appeals
### For The District of Columbia Circuit

———————

**No. 14-5138**  **September Term, 2014**

1:10-cv-00651-JDB

Filed On: September 17, 2014

Shelby County, Alabama,

    Appellant

    v.

Eric H. Holder, Jr., In his official capacity as
Attorney General of the United States, et al.,

    Appellees

## O R D E R

Upon consideration of the joint proposal regarding briefing format, which contains a request for an extension of time, it is

**ORDERED** that the request for an extension of time be granted. The Clerk is directed to enter a briefing schedule providing that intervenor-appellees' brief be due 10 days after appellee's brief. It is

**FURTHER ORDERED** that the following briefing format apply in this case:

1. Brief for appellant (not to exceed 14,000 words).

2. Appendix.

3. Brief for appellee (not to exceed 14,000 words).

4. Joint brief for intervenor-appellees (not to exceed 7,000 words).

5. Reply brief for appellant (not to exceed 7,000 words).

The parties will be informed by separate order of the briefing schedule and the date of oral argument. The word limitations established in this order are without prejudice to a motion for an expansion of the allotments. Any such motion must provide specific reasons justifying the request. See August 15, 2014 Order in this case.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
              Laura Chipley
              Deputy Clerk